

# United States District Court
# Eastern District of California

**KELLY MCCANN M.D**
Plaintiff(s)

V.

**RANDY W. HAWKINS, M.D. et.l.**
Defendant(s)

Case Number: **2:24-CV-01138-CSK**

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **JACQUES G. SIMON** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**KELLY MCCANN M.D. PLAINTIFF**

On **May 31, 1989** (date), I was admitted to practice and presently in good standing in the **NY APP. DIVISION 2nd DEPARTMENT** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **04/24/2024**

Signature of Applicant: /s/ **JACQUES G SIMON**

**Pro Hac Vice Attorney**

Applicant's Name: JACQUES G. SIMON

Law Firm Name: JACQUES G. SIMON ATTORNEY AT LAW P.C.

Address: 200 Garden City Plaza, Suite 301

City: Garden City   State: NY   Zip: 11530

Phone Number w/Area Code: 516-551-2957

City and State of Residence: MILL NECK, N.Y.

Primary E-mail Address: jgs@jacquessimon.com

Secondary E-mail Address: jsimonlaw2@aol.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: MICHAEL MACHAT ESQ.,

Law Firm Name: Machat & Associates, PC

Address: 8730 Sunset Blvd., Ste. 250

City: W. Hollywood,   State: CA   Zip: 90069

Phone Number w/Area Code: (310) 860-1833   Bar #: 109475

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 25, 2024

_____
JUDGE, U.S. DISTRICT COURT



Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Jacques G. Simon

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 31, 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 24, 2024.

*Clerk of the Court*

CertID-00171373